UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Case No. 1:19-cv-03922-JMF
Plaintiff, :
:
vs. :
:
JOHN DOE, :
Defendant. :
---------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO FILE MOTION FOR ALTERNATE SERVICE ON DEFENDANT UNDER SEAL

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave File Motion for Alternate Service on Defendant Under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is temporarily granted. **By January 30, 2020**, Plaintiff shall file the unredacted versions of its Motion for Alternate Service and supporting brief with the Sealed Records Department.

The Clerk of Court is directed to terminate ECF No. 22. SO ORDERED.

Dated: January 27, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge